

# NUMBER 13-24-00095-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DAMON RAY PENAFLOR SR.
AND VANESSA KATRICE PEREZ,**                                 **Appellants,**

**v.**

**PHIL SMITH,**                                                      **Appellee.**

---

## On appeal from the Justice Court, Precinct 4, Place 2
## of Bell County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña
Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellants' amended motions to transfer venue.[1]

Appellants, Damon Ray Penaflor Sr. and Vanessa Katrice Perez, attempted to perfect an

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

appeal from a judgment entered by the Justice Court, Precinct 4, Place 2 of Bell County, Texas, in cause number 42CV2301100. We now dismiss this cause for want of jurisdiction.

On January 30, 2024, the Clerk of this Court notified appellants that it appeared that this Court does not have jurisdiction. Appellants were advised that the appeal would be dismissed if the defect was not corrected within ten days from the date of receipt of the Court's directive. Appellants filed the amended motions to transfer venue which indicate the parties agree jurisdiction is not proper and request a transfer to the Bell County Court.

The Court, having examined and fully considered appellants' amended motions, the documents on file, and appellants' failure to establish this court's jurisdiction, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is dismissed for want of jurisdiction.   *See* Tex. R. App. P. 42.3(a),(c).

Furthermore, appellants' amended motions to transfer venue are also dismissed for want of jurisdiction; however, the Clerk of the Court has contacted the county clerk regarding the notice of appeal and motion to transfer venue. It is anticipated that the office of the Justice of the Peace, Precinct 4, Place 2, will forward a copy of the notice of appeal to the clerk of the County Court of Bell County.

NORA L. LONGORIA
Justice

Delivered and filed on the
7th day of March, 2024.

2